**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Prescott Division

**CIV** <u>  09  </u> / <u>  8026  </u> / <u>  DGC  </u>   DATE: <u> December 14, 2009 </u>
         Year     Case No    Initials

Title: <u> Mark R. Evans, et ux.  </u>   vs.  <u> Arizona Public Service Company </u>

<u>                              </u>   vs.  <u>                              </u>
          Plaintiff                              Defendant
========================================================================

HON: <u>  Edward C. Voss                     </u>        Judge # <u>70BO</u>

      <u>  Phylis Durbin              </u>          <u>  CourtSmart                  </u>
            Deputy Clerk                              Court ECR

   **Attorney(s) for Plaintiff(s)**        **Attorney(s) for  Defendant(s)**

   <u>  Cameron Hall                </u>         <u>  Nonnie Shivers              </u>

========================================================================
**PROCEEDINGS:**    <u>   X   </u> **Open Court**   <u>   X   </u> **Chambers**    <u>        </u> **Other**

This is the time set for settlement conference.

Present: Cameron Hall with plaintiffs; Nonnie Shivers with defendant's representative.

Settlement conference is held.

Settlement is reached and placed on the record.

Counsel for defendant is to prepare and submit to the Honorable David G. Campbell, within thirty (30) days from this date, a stipulation and order of dismissal.

                                              Court Time: 1 hr. 49 min.